IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03094-MSK-KLM

CYNTHIA A. COLLINS,

    Plaintiff,

v.

ARKANSAS VALLEY COMMUNITY CENTER FOR THE HANDICAPPED AND FOR RETARDED PERSONS, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Reconvene Settlement Conference, Alternatively Motion to Set Telephone Conference** [Docket No. 34; Filed January 5, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The Court has expended enough time and energy in an attempt to resolve this case. Counsel are advised to behave professionally or risk imposition of appropriate sanctions.

    Dated: January 5, 2012